No. 127. ANTHONY MOLINARI *v.* STATE OF MARYLAND; and

No. 480. PETER WEISENGOFF *v.* STATE OF MARYLAND. Error to the Court of Appeals of the State of Maryland. Argued January 2, 1924. Decided January 7, 1924. *Per*

*Curiam.* Affirmed with costs upon the authority of: (1) *Vigliotti* v. *Pennsylvania,* 258 U. S. 403; (2) *Forsyth* v. *Hammond,* 166 U. S. 506, 518; *Commissioners* v. *Bancroft,* 203 U. S. 112, 118-119; *St. Louis Southwestern Ry. Co.* v. *Arkansas,* 235 U. S. 350, 362. *Mr. Clarence Lippel,* with whom *Mr. Arch A. Young* and *Mr. Carl G. Mullin* were on the brief, for plaintiff in error in No. 127. *Mr. Saul Praeger,* with whom *Mr. Joseph N. Ulman* and *Mr. G. Tyler Smith* were on the brief, for plaintiff in error in No. 480. *Mr. Alexander Armstrong* and *Mr. Lindsay C. Spencer* appeared for defendant in error.